[No. 72049-0-I.  Division One.  August 3, 2015.]

THOMAS BARTH ET AL., *Respondents*, v. PATRICK D. HAFEY ET AL., *Defendants*, AMERICAN PENSION SERVICES, INC., *Appellant.*

by unpublished opinion per Trickey, J., concurred in by Spearman, C.J., and Cox, J.

[No. 72209-3-I.  Division One.  August 3, 2015.]

*In the Matter of the Marriage of* DAVID A. CULLEN, *Respondent*, and ERIN A. CULLEN, *Appellant.*

by unpublished opinion per Lau, J., concurred in by Spearman, C.J., and Dwyer, J.

[No. 72336-7-I.  Division One.  August 3, 2015.]

CALIFORNIA SHELLFISH COMPANY, INC., *Appellant*, v. SEAFOOD SALES, INC., ET AL., *Respondents.*

by unpublished opinion per Lau, J., concurred in by Appelwick and Trickey, JJ.

[No. 72397-9-I.  Division One.  August 3, 2015.]

COAST REAL ESTATE SERVICES, *Respondent*, v. WAYNE R. RICHARDSON, *Appellant.*

by unpublished opinion per Lau, J., concurred in by Appelwick and Trickey, JJ.